UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Nazaree Mallett, et al.
                                        Plaintiff,

v.                                      Case No.: 1:22−cv−00158
                                        Honorable Franklin U. Valderrama

Cook County Clerk of Cook County
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 18, 2022:

    MINUTE entry before the Honorable Jeffrey Cummings: This matter has been referred for discovery supervision, including setting all deadlines, and settlement matters [15]. The Court has reviewed the parties' recent joint status report [10] and enters the following schedule: Rule 26(a)(1) initial disclosures must be served by 5/2/22; initial written discovery requests must be served by 5/31/22; amendment to the pleadings by 8/31/22; fact discovery to be completed by 11/28/22; disclosure of plaintiff's expert report(s) by 1/2/23; deposition of plaintiff's expert(s) by 2/6/23; disclosure of defendant's expert(s) report by 3/6/23; and deposition of defendant's expert(s) by 4/10/23. Any dispositive motions shall be filed by 5/8/23. By 7/1/22, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. If the parties are mutually interested in a settlement conference, they shall also address the issues set forth in the first paragraph of the second page of the Court's Standing Order For Settlement Conferences and provide the dates that the parties are mutually available in August and September 2022 for a remote video settlement conference. The deadlines for the submission of settlement letters described in the Standing Order and the date for the settlement conference will be promptly set after the joint status report is received. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.